IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF        CV 10 80 198 MISC

John William Elkins - #091374

_____/

### ORDER TO SHOW CAUSE

It appearing that John William Elkins has been suspended for 90 days by the Supreme Court of California effective July 9, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before September 10, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John William Elkins
Attorney At Law
27 Sunset Dr
Kensington, CA 94707