**FILED**

NOV 23 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                     No CV 10 80198 MISC VRW

John William Elkins,
                                       ORDER
  State Bar No 091374
_____/

On August 10, 2010, the court issued an order to show cause (OSC) why John William Elkins should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 90-day suspension by the Supreme Court of California, effective July 9, 2010.

The OSC was mailed to Mr Elkins's address of record with the State Bar on July 21, 2010, and was returned as unclaimed. A written response was due on or before September 10, 2010. No response to the OSC has been filed as of this date.

The court now orders John William Elkins removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

IT IS SO ORDERED.

/s/ VAUGHN R WALKER
VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

John William Elkins

_____/

Case Number: CV10-80198   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John William Elkins
27 Sunset Dr
Kensington, CA 94707

Dated: November 23, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*